# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KIMIKO TESHIGAHARA,

    Plaintiff(s),

v.

GLOBAL SMART ENERGY, INC.,

    Defendant(s).

2:12-CV-1785 JCM (GWF)

## ORDER

Presently before the court is the matter of *Teshigahara v. Global Smart Energy, Inc. et al*, case number 2:12-cv-01785-JCM-GWF. Upon review of the docket, the court has become aware that this case appears to involve a similar set of facts, similar plaintiffs, similar individual defendants, and similar attorneys as *Tsutsumi et al v. Advanced Power Technologies, Inc. et al*, case number 2:12-cv-01784-MMD-VCF.

Because the two cases appear to be so similar, the court orders both parties to show cause why these two cases should not be consolidated. The parties shall file a supplemental briefing limited to five pages arguing why these cases should not be consolidated. Alternatively, the parties may consent to the consolidation.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties are ordered to show cause no later than Monday, April 22, 2013, why the two above mentioned cases should not be consolidated.

DATED April 12, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -