**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KIMIKO TESHIGAHARA,

    Plaintiff(s),

v.

GLOBAL SMART ENERGY, INC.,

    Defendant(s).

2:12-CV-1785 JCM (GWF)

**ORDER**

Presently before the court is the matter of *Teshigahara v. Global Smart Energy, Inc. et al*, case number 2:12-cv-01785-JCM-GWF. Upon review of the docket, the court has become aware that this case appears to involve a similar set of facts, similar plaintiffs, similar individual defendants, and similar attorneys as *Tsutsumi et al v. Advanced Power Technologies, Inc. et al*, case number 2:12-cv-01784-MMD-VCF.

Because the two cases appear to be so similar, the court orders both parties to show cause why these two cases should not be consolidated. The parties shall file a supplemental briefing limited to five pages arguing why these cases should not be consolidated. Alternatively, the parties may consent to the consolidation.

. . .

. . .

. . .

. . .

1   Accordingly,

2   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties are ordered to
3   show cause no later than Monday, April 22, 2013, why the two above mentioned cases should not
4   be consolidated.

5   DATED April 12, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -