1  SUBT
   DEAN Y. KAJIOKA, ESQ.
2  Nevada Bar No. 5030
   KAJIOKA & BLOOMFIELD
3  8530 West Charleston Boulevard, Suite 100
   Las Vegas, Nevada 89117
4  (702) 776-7676
5
   Attorneys for Plaintiffs,
6  *Kimiko Teshigahara*
7
                    UNITED STATES DISTRICT COURT
8
                          DISTRICT OF NEVADA
9
10 KIMIKO TESHIGAHARA, an individual, )
   et al.,                            )
11                                    )
          Plaintiff,                  )  Case No.: 2:12-cv-01785-JCM-GW
12 vs.                                )
                                      )
13                                    )
   GLOBAL SMART ENERGY, INC., LYLE    )
14 MORTENSEN, FRANK O'DONNELL,        )
   Et al.,                            )
15                                    )
          Defendants.                 )
16                                    )
   _____)
17
                       **SUBSTITUTION OF COUNSEL**
18
19     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

20     Please take notice that the following Plaintiff, KIMIKO TESHIGAHARA, an individual,

21 hereby substitutes DEAN Y. KAJIOKA, ESQ., of the law offices of KAJIOKA &

22 BLOOMFIELD whose address is 8530 W. Charleston Blvd., Suite 100, Las Vegas, Nevada

23
   89129; Telephone Number (702) 776-7676, Facsimile Number (702) 366-1653, in place and
24
   instead of their attorneys of record JOSEPH Y. HONG, ESQ., of the law firm of HONG &
25
26 / / /
27
28

                                     -1-

HONG, located at 10781 W. Twain Ave., Las Vegas, NV 89135 Telephone Number (702) 870-1777.

DATED this 25 day of April, 2013.

**KAJIOKA & BLOOMFIELD**

_____
DEAN Y. KAJIOKA, ESQ.
Nevada Bar No. 5030
**KAJIOKA & BLOOMFIELD**
8530 West Charleston Boulevard, Suite 100
Las Vegas, Nevada 89117
(702) 776-7676

I hereby consent to the substitution of DEAN Y. KAJIOKA, ESQ., and the Law Offices of KAJIOKA & BLOOMFIELD, in the above-entitled action in my place and stead for the representation of Plaintiff, KIMIKO TESHIGAHARA.

DATED this 2nd day of May, 2013.

**HONG & HONG**

_____
JOSEPH Y. HONG, ESQ.
**HONG & HONG**
~~851 S. Rampart Blvd., Suite 105~~ 10781 W. Twain Ave.
Las Vegas, Nevada ~~89145~~ 89135
(702) 870-1777

We hereby consent to the substitution of DEAN Y. KAJIOKA, ESQ. of the Law Offices of KAJIOKA & BLOOMFIELD, in the above-entitled action to represent Plaintiff, KIMIKO TESHIGAHARA, in the place and stead of JOSEPH Y. HONG, ESQ., of the Law Offices of HONG & HONG.

DATED this ___ day of __04/19__, 2013.

*Kimiko Teshigahara*
KIMIKO TESHIGAHARA
*An Individual*

## CERTIFICATE OF SERVICE

I hereby certify that on the __3__ day of __May__, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to the counsel listed below through the Court's electronic service system.

MARIO P. LOVATO
LOVATO LAW FIRM P.C.
8670 W. Cheyenne Avenue, Ste. 120
Las Vegas, Nevada 89129
Attorney for Defendants,
Lyle Mortensen and Frank O'Donnell

GLOBAL SMART ENERGY, INC.
c/o RESIDENT AGENT
THE TEXAS CONNECTION, INC.
493 Grassrange Lane
Henderson, Nevada 89052
*(served via U.S. Mail)*

An employee of KAJIOKA & BLOOMFIELD

**IT IS SO ORDERED.**

*George Foley Jr.*
GEORGE FOLEY, JR.
**United States Magistrate Judge**
**DATED:   May 6, 2013**

-3-