MARIO P. LOVATO
Nevada Bar No. 7427
LOVATO LAW FIRM, P.C.
8670 W. Cheyenne Ave., Suite 120
Las Vegas, Nevada 89129
T: (702) 979-9047
F: (702) 554-3858
mpl@lovatolaw.com
Attorney for Defendants
Frank O'Donnell and Lyle Mortensen

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KUNIO TSUTSUMI; NOBUTSUGU OKUDA; TERUHISA BOMUKAI; YUKIKO KUREBAYASHI; EUN MEE KIM; KATSUYO YAMADA; REIKO HAYASE; KIMIKO TESHIGAHARA; <br><br> Plaintiff, <br><br> vs. <br><br> ADVANCED POWER TECHNOLOGIES, INC., A Nevada corporation; ADVANCED ENERGY OASIS INC., a Nevada corporation; LYLE MORTENSEN, individually; FRANK O'DONNELL, individually, GLOBAL SMART ENERGY, INC., a Nevada corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | ) Case No. 2:12-CV-1784-RFB-VCF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| KIMIKO TESHIGAHARA, <br><br> Plaintiff, <br><br> vs. <br><br> GLOBAL SMART ENERGY, INC., a Nevada corporation; LYLE MORTENSEN, individually; FRANK O'DONNELL, individually; DOES I THROUGH X and ROE BUSINESS ENTITIES I THROUGH X, inclusive, <br><br> Defendants. | ) <br> ) CASE NO. 2:12-CV-1785 <br> ) (Consolidated with No. 2:12-CV-1784) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **STIPULATION AND ORDER** <br> ) **TO DISMISS WITH PREJUDICE** <br> ) <br> ) |

IT IS STIPULATED AND AGREED by and between each and all of the Plaintiffs in this consolidated action (including Kunio Tsutsumi; Nobutsugu Okuda; Teruhisa Bomukai; Yukiko Kurebayashi; Eun Mee Kim; Katsuyo Yamada; Reiko Hayase; and Kimiko Teshigahara in the matter consolidated with the lead case), on the first hand, through their counsel, Dean Kajioka Esq. of the law firm of Kajioka & Associates, and Defendants Frank O'Donnell and Lyle Mortensen (in both the lead action and the action consolidated with the lead action), on the second hand, through their counsel, Mario P. Lovato of Lovato Law Firm, P.C., that any and all claims for relief by any and all of the Plaintiffs against Frank O'Donnell and Lyle Mortensen be DISMISSED WITH PREJUDICE, and that any and all of the parties to this Stipulation shall bear their own respective attorney fees and costs.

DATED: December __15__, 2014.

KAJIOKA & ASSOCIATES

_____
DEAN Y. KAJIOKA, ESQ.
Nevada Bar No. 5030
8530 W. Charleston Blvd., Suite 100
Las Vegas, NV 89117
Attorney for Plaintiffs

DATED: December __16__, 2014.

LOVATO LAW FIRM, P.C.

_____
MARIO P. LOVATO
Nevada Bar No. 7427
8670 W. Cheyenne Ave. Ste 120
Las Vegas, NV 89129
Attorney for Defendants
Frank O'Donnell and Lyle Mortensen

## ORDER

IT IS SO ORDERED.

DATED: December 23, 2014.

_____
RICHARD F. BOULWARE, II
United States District Judge

2